IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO.  05-cr-40010-JPG |
| TIMOTHY R. VAUGHN, | ) |
| Defendant. | ) |

# ORDER

**GILBERT, District Judge:**

At the Court's request, contract reporter Jane Northcutt has prepared a transcript of the July 12, 2006, hearing held in this case.  Pursuant to the *Guide to Judiciary Policies and Procedures*, Chapter 20, Part 20.4.2, and Ms. Northcutt's contract with the Court, the Court **ORDERS** the cost of the transcript to be borne by the United States.

**IT IS SO ORDERED.**
**DATED:  August 13, 2007**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**